UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VALENTINA TIKHOMIROVA,                           :
                                                 :
               Plaintiff,       :         **ECF CASE**
                                                 :
   v.                                           :
                                                 :         07 Civ. 7465 (DAB)
ANDREA J. QUARANTILLO, et al.                    :
                                                 :
               Defendants.      :         <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          September 12, 2007

                                                               Respectfully submitted,

                                                               MICHAEL J. GARCIA
                                                               United States Attorney for the
                                                               Southern District of New York

                                     By:    /s/_____
                                                                WENDY H. WASZMER
                                                                Assistant United States Attorney
                                                                86 Chambers Street, 3rd Floor
                                                               New York, New York 10007
                                                                Telephone: (212) 637-2729
                                                                Facsimile: (212) 637-2717
                                                                Email: wendy.waszmer@usdoj.gov

To:    Jacqueline I. Meyer, Esq.
        1540 Broadway, 24th Floor
        New York, NY 10036