**United States District Court**
**Southern District of New York**

---

**TIKHOMIROVA**                                      )
                                                     ) Case No.: 07 CV 7465
                                                     )
                                                     )
                           **Plaintiff**              ) **AFFIDAVIT OF SERVICE**
                    v.                               )
**QUARANTILLO, ET AL.**                              )
                                                     )
                                                     )
                           **Defendant**              )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on AUGUST 29, 2007 at 3:05 PM at 26 FEDERAL PLAZA, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF IN THE NATURE OF A MANDAMUS, CIVIL COVER SHEET on ANDREA QUARANTILLO therein named.

By delivering thereat a true copy of each to MS. WILSON personally, who stated to be the AUTHORIZED RECIPIENT.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Brown    Hair: Brown    Glasses: No    Approx. Age: 45    Height: 5'7"    Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, Lic. #1103442
Target Research LLC                                    Executed on: 9/7/07
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ____7th____ day of __September__, 2007.

_____
Notary Public                                  My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

---

Target Research LLC • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600