**United States District Court**
**Southern District of New York**

-------------------------------------------------------------------

**TIKHOMIROVA**                                           )
                                                          ) Case No.: 07 CV 7465
                                                          )
                                                          )
                        **Plaintiff**                     ) **AFFIDAVIT OF SERVICE**
                    v.                                    )
**QUARANTILLO, ET AL.**                                   )
                                                          )
                                                          )
                                                          )
                        **Defendant**                     )

-------------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on AUGUST 29, 2007 at 2:30 PM at 86 CHAMBERS, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF IN THE NATURE OF A MANDAMUS, CIVIL COVER SHEET on EMILIO GONZALEZ therein named.

 By delivering thereat a true copy of each to MS. CHARLES personally, who stated to be the AUTHORIZED RECIPIENT for the U.S. Attorney's Office, Southern District of New York.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Black    Hair: Black    Glasses: No    Approx. Age: 40    Height: 5'6"    Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 9/7/07

Subscribed and sworn to before me, a notary public, on this ___ day of September, 2007.
_____
Notary Public
My Commission Expires: 3/28/07

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009

United States District Court
Southern District of New York

---

TIKHOMIROVA                              )
                                         ) Case No.: 07 CV 7465
                                         )
                                         )
                    Plaintiff            ) AFFIDAVIT OF SERVICE
            v.                           )
QUARANTILLO, ET AL.                      )
                                         )
                                         )
                    Defendant            )

---

STATE OF NEW YORK: COUNTY OF NEW YORK     ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on AUGUST 29, 2007 at 3:05 PM at 26 FEDERAL PLAZA, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF IN THE NATURE OF A MANDAMUS, CIVIL COVER SHEET on EMILIO GONZALEZ therein named.

By delivering thereat a true copy of each to MS. WILSON personally, who stated to be the AUTHORIZED RECIPIENT.

DESCRIPTION:  Deponent further states that the description of the person actually served is as follows:
Gender: Female   Race/Skin: Brown   Hair: Brown   Glasses: No   Approx. Age: 45   Height: 5'7"   Weight: 135

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Teddy Vale_
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 9/7/07

Subscribed and sworn to before me, a notary public, on this _7th_ day of _September_, 2007.

Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009