# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of New York |
|---|---|

**Valentina Tikhomirova**

   Plaintiff

vs.

**Andrea J. Quarantillo, Director, New York Office, U.S. Citizenship and Immigration Services, et al**

   Defendant

Attorney:

Hodgson Russ LLP
Jacqueline Meyer, Esq.
230 Park Avenue
New York, NY. 10169

**Case Number:** 07 CV 7465

Legal documents received by Target Research Services, Inc. on September 11th, 2007 at 10:00 AM to be served upon **Michael Chertoff, Secretary, Department of Homeland Security at 3801 Nebraska Ave., NW, Washington, DC. 20016**

I, Brandon A. Snesko, swear and affirm that on **September 11th, 2007 at 2:00 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Relief in the Nature of a Mandamus; Exhibits; Civil Cover Sheet**, to **Francis Adams** as **Attorney** of the within named agency, to wit: **US Department of Homeland Security** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 50   Height: 5'3   Weight: 115   Skin Color: White   Hair Color: Brown   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Brandon A. Snesko (signature)_
**Brandon A. Snesko**
Process Server

**Target Research Services, Inc.**
**20 Vessey St., PH**
**New York, NY 10007**

(212) 227-9600

Internal Job ID: 0000004564

Reference Number: 3559

District of Columbia : SS
Subscribed and Sworn to before me
this _14th_ day of _Sept_, 2007

_B. Tony Snesko (signature)_
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.