# AFFIDAVIT OF PROCESS SERVER

United States District Court                State of New York

**Valentina Tikhomirova**                    Attorney:

    Plaintiff                                Hodgson Russ LLP
                                             Jacqueline Meyer, Esq.
vs.                                          230 Park Avenue
                                             New York, NY. 10169

**Andrea J. Quarantillo, Director, New York Office, U.S. Citizenship and Immigration Services, et al**

    Defendant

**Case Number:** 07 CV 7465

Legal documents received by Target Research Services, Inc. on September 11th, 2007 at 10:00 AM to be served upon **Robert S. Mueller, III, Director, Federal Bureau of Investigation at 935 Pennsylvania Ave., NW, Washington, DC. 20535**

I, Brandon A. Snesko, swear and affirm that on **September 11th, 2007 at 12:20 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Relief in the Nature of a Mandamus; Exhibits; Civil Cover Sheet**, to **Paul Wellons** as **Attorney/Assistant General Counsel** of the within named agency, to wit: **Federal Bureau of Investigation** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: 5'8   Weight: 160   Skin Color: White   Hair Color: Brown   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

District of Columbia : SS
Subscribed and Sworn to before me
this 14th day of Sept, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

**Target Research Services, Inc.**
20 Vessey St., PH
New York, NY 10007

(212) 227-9600

Internal Job ID: 0000004563

Reference Number: 3560



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.