USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct. 29, 2007

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 26, 2007

**BY HAND**
The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2510
New York, New York 10007

    Re: <u>Tikhomirova v. Quarantillo, et al.</u>,
        07 Civ. 7465 (DAB)

Dear Judge Batts:

    This Office represents defendants in the above-referenced action challenging an alleged delay in the adjudication of plaintiff Valentina Tikhomirova's application for adjustment of status. I write respectfully to request a thirty-day extension of time, from October 28, 2007, until November 27, 2007, to respond to plaintiff's Complaint in this case. We make this request because this Office has not yet received the relevant agency files from the Federal Bureau of Investigation ("FBI") and the Bureau of Citizenship and Immigration Services ("CIS"), and will require time to review these materials in order to respond to plaintiff's allegations.

    This is the defendants' first request for an extension of time in this case. Plaintiff's counsel, Ms. Jacqueline L. Meyer, Esq., consents to this request.

    We thank the Court for its consideration of this request.

/DAB/
GRANTED
10/29/07

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
WENDY H. WASZMER
Assistant United States Attorney
Telephone: (212) 637-2729
Facsimile: (212) 637-2717

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

cc: JACQUELINE L. MEYER, ESQ.
    (By Federal Express)
    Counsel for Plaintiff Valentina Tikhomirova
    Hodgson Russ
    1540 Broadway, 24th Floor
    New York, New York 10036