DEC-13-2007 19:29    US ATTORNEY                    212 637 2717    P.02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: WENDY H. WASZMER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2729
Fax: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
VALENTINA TIKHOMIROVA                     :
(A 099 215 229),                          :
                        Plaintiff,        :
                                          :         07 Civ. 7465 (DAB)
        v.                                :
                                          :         STIPULATION OF
ANDREA J. QUARANTILLO, Director,          :         VOLUNTARY DISMISSAL
New York Office, U.S. Citizenship and     :
Immigration Services, et al.,             :
                        Defendants.       :
----------------------------------------------------------x

WHEREAS, on or about on November 5, 2004, plaintiff Valentina Tikhomirova (A 099

215 229) ("Plaintiff") submitted an I-485 Application for Adjustment of Status to the United

States Citizenship and Immigration Services ("USCIS");

WHEREAS, on or about August 23, 2007, Plaintiff filed the above-captioned action (the

"Complaint"), alleging that USCIS had failed to adjudicate the I-485 Adjustment of Status

Application in a timely manner; and

WHEREAS, by letter dated December 6, 2007, USCIS notified Plaintiff that the I-485

Adjustment of Status Application has been approved;

DEC-13-2007  12:29        US ATTORNEY                          212 637 2717    P.03

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

Plaintiff and USCIS as follows:

    1.    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the

Complaint is voluntarily dismissed with prejudice and without costs or fees to any party.

    2.    Plaintiff and USCIS understand and agree that this Stipulation of

Voluntary Dismissal contains the entire agreement between them, and that no statements,

representations, promises, agreements, or negotiations, oral or otherwise, between the parties or

their counsel that are not included herein shall be of any force or effect.


Dated:  New York, New York
~~December~~ ___, 200~~8~~
January 16,

By: _____
JACQUELINE I. MEYER, ESQ.
Hodgson Russ LLP
1540 Broadway, 24th Floor
New York, New York 10036
Telephone No.: (212) 751-4300
Facsimile No.: (212) 751-0928


Dated: New York, New York
~~December~~ ___, ~~2007~~
January 16, 2008
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
WENDY H. WASZMER
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2729
Facsimile No. (212) 637-2717


## SO ORDERED

_____
DEBORAH A. BATTS    2/14/08
UNITED STATES DISTRICT JUDGE

2

TOTAL P.03